# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-04-00721-CR

---

**Henry Gauna, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 3040205, HONORABLE JON N. WISSER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The motion to withdraw filed by appellant's appointed counsel on appeal, Mr. Gary Taylor, is granted.[1]  The appeal is abated for the district court to immediately appoint substitute counsel.  A copy of the order appointing substitute counsel shall be forwarded to this Court no later than August 5, 2005.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   July 29, 2005

Do Not Publish

---

[1] Counsel has been employed as a federal public defender in Nevada effective August 1, 2005. Counsel previously filed a brief on appellant's behalf.